```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

IN RE: LATANYA PATRICE O'NEAL,      {    CHAPTER 13
                                    {
                                    {
       DEBTOR(S)                    {    CASE NO. A18-61067-SMS
                                    {
                                    {    JUDGE SIGLER
```

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor(s)' payments under the proposed plan are not current.

    2.  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (88 months).

    3.  The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

    4.  As unsecured creditors may receive less than in a Chapter 7 liquidation, the plan may not conform to 11 U.S.C. Section 1325(a)(4).

    5.  The Debtor(s)' plan does not provide for payment of all of the Debtor(s)' disposable income to the Trustee for thirty-six (36) or more months as required by 11 U.S.C. Section 1325(b)(1)(B).

    6.  The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    7.  The payout of the claim(s) owed to the Newton's Crest Homeowners Association, Inc. will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com

8. The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

9. The Debtor has failed to disclose the transfer of a Chrysler 300 on Statement of Financial Affairs Question #10, in possible violation of 11 U.S.C. Section 521(a)(1)(B)(iii) and Section 1325(a)(3).

10. Pursuant to Debtor(s) testimony, the monthly expense for a homeowner's association is less than that reflected on Schedule J so that the Debtor has $183.00 per month in additional disposable income to contribute to the plan. 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627 or
Albert C. Guthrie, Attorney
For Chapter 13 Trustee
GA BAR No. 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com

A18-61067-SMS

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served

DEBTOR(S):

LATANYA PATRICE O'NEAL
2913 NEWTONS CREST CIRCLE
SNELLVILLE, GA 30078

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 16th day of August 2018

_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627 or
Albert C. Guthrie, Attorney
For Chapter 13 Trustee
GA BAR No. 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com